# CRIMINAL COVERSHEET

**DEFENDANT'S NAME:** Joseph Edward Duncan, III

**Juvenile:** No

**DEFENSE ATTORNEY:** Roger Peven
Address: 10 N. Post, Suite 700
Spokane, WA 99201
Telephone No.: 509-624-7606

**Service Type:** Warrant/ Non-Secret

**Interpreter:** No
If yes, language:

**INVESTIGATING AGENCY & AGENT:** Mike Gneckow
FBI
208-664-5128

**CASE INFORMATION:** (List any miscellaneous, magistrate, CVB or other related defendants/case numbers.)

MS 07-6147

# CRIMINAL CHARGING INFORMATION

| No Complaint Indictment | Yes Indictment | No Information | No Superseding |
|---|---|---|---|
| Yes Felony | No Class A Misdemeanor | No Class B or C Misdemeanor (Petty Offense) | |
| County of Offense: Kootenai - Northern | | Estimated Trial Time: 1 month | |

| TITLE/SECTION | COUNTS | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessments) |
|---|---|---|---|
| 18 U.S.C. §§ 1201(a)(1) and (g) | 1 | Kidnapping resulting in death | Death or life imprisonment; Fine: not more than $250,000; special assessment: $100 |
| 18 U.S.C. §§ 1201(a)(1) and (g) | 2 | Kidnapping | Imprisonment for not less than 20 years up to life; supervised release: not more than 5 years; fine: not more than $250,000; special assessment: $100 |
| 18 U.S.C. § 2241(c) | 3 | Aggravated sexual abuse of a minor | Imprisonment for any term of years or life and/or fine of $250,000; supervised release: not more than 5 years; special assessment: $100 |

| TITLE/SECTION | COUNTS | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessments) |
|---|---|---|---|
| 18 U.S.C. § 2241(c) | 4 | Aggravated sexual abuse of a minor | Imprisonment for any term of years or life; supervised release: not more than 5 years; fine: not more than $250,000; special assessment: $100 |
| 18 U.S.C. §§ 2251(a) and (e) | 5 | Sexual exploitation of a child resulting in death | Death or imprisonment for any term of years or for life; supervised release: not more than 5 years; fine: not more than $250,000; special assessment: $100 |
| 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | 6 | Felon in possession of a firearm | Imprisonment of not more than 10 years; supervised release: not more than 3 years; fine: not more than $250,000; special assessment: $100 |
| 18 U.S.C. §§ 924(c)(1)(A)(ii), (c)(1)(B)(i) and (j)(1) | 7 | Using a firearm during and in relation to a crime of violence resulting in death | Death or imprisonment for any term of years or for life (consecutive); supervised release: fine: not more than $250,000; not more than 5 years; special assessment: $100 |
| 18 U.S.C. §§ 922(i) and 924(a)(2) | 8 | Transportation of a stolen firearm | Imprisonment of not more than 10 years; supervised release: not more than 3 years; fine: not more than $250,000; special assessment: $100 |
| 26 U.S.C. § 5861(d) | 9 | Possession of an unregistered firearm | Imprisonment of not more than 10 years; supervised release: not more than 3 years; fine: not more than $250,000; special assessment: $100 |
| 18 U.S.C. § 2312 | 10 | Transportation of a stolen vehicle | Imprisonment of not more than 10 years; supervised release: not more than 3 years; fine: not more than $250,000; special assessment: $100 |

Date:   January 16, 2007

AUSA: Traci J. Whelan and Wendy J. Olson
Telephone No.: 208-667-6568 and 208-334-1211