*THOMAS E. MOSS, IDAHO BAR NO. 1058*
*UNITED STATES ATTORNEY*
*TRACI J. WHELEN*
*WENDY J. OLSON*
*ASSISTANTS UNITED STATES ATTORNEY*
*DISTRICT OF IDAHO*
*ASSISTANTS UNITED STATES ATTORNEY*
*DISTRICT OF IDAHO*
*205 N. FOURTH STREET, ROOM 306*
*COEUR D'ALENE, IDAHO 83814*
*TELEPHONE: (208) 667-6568*
*FAX: (208) 667-0814*

*UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CR No. 07-023-N-EJL |
| Plaintiff, | ) | |
| | ) | GOVERNMENT'S RESPONSE TO |
| vs. | ) | REQUEST FOR DISCOVERY |
| | ) | |
| JOSEPH EDWARD DUNCAN, III, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The United States of America and Thomas E. Moss, United States Attorney for the

District of Idaho, and the undersigned Assistants United States Attorney, respond to the

Defendant's Request for Discovery as set forth in the Procedural Order by providing the

following to the Defendant on February 16, 2007:

1.      Compact discs containing Government's redacted discovery numbered 18022 and 18117 and between 32558 and 35473, with some numbers reserved for subsequent discovery.  These numbered items include documents, interview transcripts, photographs and audio recordings.

2.      A supplement list of items of physical or tangible evidence being maintained by the FBI at its Boise offices, which will be available for inspection upon one week's advance notice.

3.      A list of items of physical or tangible items being maintained at the Kootenai County Sheriff's Department and a list of physical or tangible items being maintained by the Idaho State Police in Coeur d'Alene.

The United States will supplement its discovery response as required by the Federal Rule of Criminal Procedure, the United States Constitution and case law governing discovery as such information becomes available.

DATED this 16th day of February, 2007.

THOMAS E. MOSS
United States Attorney
By:


_____
/s/ Traci J. Whelan
Assistant United States Attorney


_____
/s/ Wendy J. Olson
Assistant United States Attorney

- 2 -

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of the United States Attorney's Office for

the District of Idaho, and that a copy of the foregoing Government's Response to Request for

Discovery was served on all parties named below this 16th day of February, 2007.

       ___ United States Mail, postage prepaid

       ___ Hand delivery

       ___ Facsimile Transmission (fax)

       ___ Federal Express

      _x_ ECF Filing

Roger Peven
Federal Defenders of Eastern Washington and Idaho
10 North Post Street, Suite 700
Spokane, Washington 99201

Thomas Monaghan
Federal Defenders of Eastern Washington and Idaho
Jefferson Place Building, Suite 301
350 North 9th Street
Boise, Idaho 83702

                              _____

                              /s/ Wendy J. Olson