THOMAS E. MOSS
UNITED STATES ATTORNEY
TRACI J. WHELAN, IDSB #4416
WENDY J. OLSON, CASB #150279
ASSISTANTS UNITED STATES ATTORNEY
DISTRICT OF IDAHO
205 NORTH 4TH STREET, ROOM 306
COEUR D'ALENE, IDAHO 83814
TELEPHONE: (208) 667-6568
FAX: (208) 667-0814

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH EDWARD DUNCAN, III<br><br>Defendant. | ) | Case No. CR 07-023-N-EJL<br><br>GOVERNMENT'S REPLY TO DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION TO SUBMIT ON BRIEFS THE ISSUE REGARDING SUPPRESSION OF DEFENDANT'S STATEMENTS |

The United States of America, through its undersigned counsel, respectfully files this reply to Defendant's Response to Government's Motion to Submit on Briefs the Issue Regarding Suppression of the Defendant's Statements. In his response, the Defendant points out the Government has failed to establish what issues were raised by the Defendant's state counsel during the motion to suppress statements. In light of this response, the United States has requested and received the attached certified copies of the Defendant's State Motion to Suppress Statements and Memorandum in Support of Motion to Suppress; the State's Brief in Opposition

to Defendant's Motion to Suppress and Exclude Statements and the Defendant's Reply Memorandum in Support of Motion to Suppress and Exclude Statements which were filed in Kootenai County Case CRF05-13674, *Idaho v. Duncan*. (See Attachment A).

The United States requests the Court consider these motions in ruling on the United State's Motion to Submit the Issue of Suppression on the Record and Briefs of the parties.

The United States notes the Defendant does not indicate he desires to put on any additional evidence at a hearing and as the United States has indicated it intends to rely on the record submitted to the Court. Therefore, the United States respectfully requests the Court grant its motion.

RESPECTFULLY submitted this 17th day of January, 2008.

THOMAS E. MOSS
UNITED STATES ATTORNEY

/s/TRACI J. WHELAN
Assistant United States Attorney
United States Attorney's Office
E-Mail: Traci.Whelan@usdoj.gov

CERTIFICATE OF SERVICE

I CERTIFY that I am an employee of the United States Attorney's Office for the District of Idaho, and that a copy of the foregoing Government's Reply to Defendant's Response to Government's Motion to Submit on Briefs the Issue Regarding Suppression of Defendant's Statements, was electronically filed with the Clerk of Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Roger Peven
Federal Defenders of Eastern Washington and Idaho
10 North Post Street, Suite 700
Spokane, WA 99201

Thomas Monaghan
Federal Defender Services of Idaho
Jefferson Place Building, Suite 300
350 North 9th Street
Boise, ID 83702

Mark Larranaga
Attorney at Law
705 Second Ave., No. 405
Seattle, WA 98104

Judy Clarke
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101

Attorneys for Joseph Edward Duncan, III

/s/ Traci J. Whelan