**CRIMINAL PROCEEDINGS - Retrospective Competency Hearing – Day Five**
**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO**

Judge: Edward J. Lodge
Courtroom Deputy: Anne Lawron
Reporter: Lisa Yant

Date: 01/15/2013
Case No. 2:07CR00023-001-N-EJL
Time: 6 hr 25 min
Location: Boise

**UNITED STATES OF AMERICA vs** JOSEPH EDWARD DUNCAN III

Counsel for United States: US Attorney Wendy Olson, AUSA's Justin Whatcott, Traci Whelan, C J Williams.
Defendant: Michael Burt, Randall Martin

WITNESSES

Govt:
1. Dr. Patricia Kirkish
2. Thomas Reid

Dft:

EXHIBITS

Govt: 85, 86 (UNDER SEAL), 103, 87 (SEALED), 65, 67, 69, 70-73, 68, 75-80, 82a,
Dft: C (stip), Y, Z, AA

The Court Ordered:

Dr. Patricia Kirkish certified as an expert in the area of psychology.

The Government advises the documents under subpoena from Dr. Low have been provided to defense counsel. Parties will decide how to mark them and advise the Court.

The Court recessed for the day at 5:00PM and will reconvene, Wednesday, January 16, 2013 at 9:00AM.