Michael N. Burt
Law Office of Michael Burt
1000 Brannan Street, Suite 400
San Francisco, California 94103
Telephone: (415) 522-1508
Fax: (415) 522-1506

Randall P. Martin
Law Office of Randall P. Martin
1000 Brannan Street, Suite 400
San Francisco, California 94103
Telephone: (415) 655-4956
Fax: (415) 522-1506

Attorneys for Joseph Edward Duncan, III

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO
(HONORABLE EDWARD J. LODGE)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:07-CR-023-EJL |
| | ) | |
| | ) | **AMENDMENT TO REQUEST** |
| Plaintiff, | ) | **FOR EXTENSION OF TIME TO** |
| | ) | **FILE DEFENDANT'S POST-** |
| vs. | ) | **HEARING RESPONSE BRIEF** |
| | ) | |
| JOSEPH EDWARD DUNCAN, III, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant Joseph Edward Duncan, III, by and through counsel, hereby respectfully requests, for the reasons set forth herein, that the Court grant defendant an extension to August 12, 2013, for the filing of defendant's post-hearing Response brief.

1. THE ORIGINAL REQUEST FOR EXTENSION (DKT. NO. 834)

On August 2, 2013, undersigned counsel filed a Request for Extension of Time to File Defendant's Post-hearing Response Brief, asking the Court to allow counsel until Friday, August 9, 2013 for the filing of the brief. (Dkt. No. 834.) The grounds upon which the request was filed were set forth in the August 2, 2013 request, and are incorporated herein by reference.

Before filing that request, counsel spoke with United States Attorney Wendy Olson regarding whether the government would oppose a request for an extension of time to August 12, 2013, which was the earliest date by which counsel believed he could complete the brief. Ms. Olson indicated that she would not object to an extension to Friday, August 9, 2013. Counsel informed Ms. Olson he would make his best efforts to file the brief by that date, and asked the Court for the shorter extension. The Court has not ruled upon the request as filed.

2. DESPITE DUE DILIGENCE, COUNSEL HAS BEEN UNABLE TO COMPLETE THE POST-HEARING BRIEF AND AMENDS HIS ORIGINAL REQUEST FOR EXTENSION TO AUGUST 12, 2013.

As set forth in counsel's extension request of August 2, 2013 (Dkt. No. 834), counsel has been diligently preparing the Defendant's Post-Hearing Brief since the receipt of the final transcripts (Dkt. Nos. 807-829), and the Government's Opening Post-Hearing Brief (Dkt. No. 832). Despite his best efforts, counsel has not been able to complete the brief, and cannot file by August 9, 2013.

Counsel appreciates the accommodation of the Government in not opposing

counsel's original extension request. Counsel also is mindful of the need for expeditious resolution of the competency issues in Mr. Duncan's case must be resolved. However, the task of parsing the six-thousand page hearing transcript and 245 exhibits admitted at the hearing has proven more time-consuming than anticipated. Given the present state of counsel's preparation, counsel anticipates he will complete Defendant's Post-Hearing brief no later than Monday, August 12, 2013.

Accordingly, counsel respectfully requests that the time for filing defendant's Post-Hearing Response brief be extended to August 12, 2013.

DATED: August 9, 2013              RESPECTFULLY SUBMITTED,

/s/ Randall P. Martin
Randall P. Martin
Attorney for Joseph Edward Duncan, III


/s/ Michael N. Burt
Michael N. Burt
Attorney for Joseph Edward Duncan, III

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 9, 2013, I filed the foregoing **Amendment to Request For Extension Of Time To File Defendant's Post-Hearing Response Brief** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

    Wendy J. Olson    Wendy.Olson@usdoj.gov
    United States Attorney

    Traci J. Whelan    Traci.Whelan@usdoj.gov
    Assistant United States Attorney

    Justin D. Whatcott    Justin.Whatcott@usdoj.gov
    Assistant United States Attorney

    C.J. Williams    CJ.Williams@usdoj.gov
    Assistant United States Attorney

    Michael N. Burt    mb@michaelburtlaw.com
    Counsel for defendant

    /s/ Randall P. Martin