FILED

DEC 1 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOSEPH EDWARD DUNCAN III, Petitioner-Appellant, v. UNITED STATES OF AMERICA, Respondent-Appellee. | No. 20-99001 D.C. Nos. 2:17-cv-00091-EJL 2:07-cr-00023-EJL-1 District of Idaho, Boise ORDER |

Before: GRABER, M. SMITH, and HURWITZ, Circuit Judges.

Petitioner's motion to file an oversize Application for Certificate of Appealability, Docket No. 24, is GRANTED IN PART. Petitioner's substitute Application, not to exceed 30,000 words, is due no later than 14 days from the date of this order.